UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CEASAR R. BANKS,

    **Plaintiff,**

v.                                           Case No. 12-CV-1064

SEDRIC TATE,

    **Defendant.**

## ORDER

Plaintiff has filed a request for a court order regarding the initial partial filing fee. On December 12, 2012, the court ordered that plaintiff pay an initial partial filing fee of $2.26 by January 10, 2013. To date, the fee has not been paid. It appears that the order may have been sent to the wrong institution. Thus, plaintiff's motion will be granted and he will have additional time to pay the fee.

**IT IS THEREFORE ORDERED** that plaintiff's motion for order (Docket #9) is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **February 15, 2013**, plaintiff shall forward to the Clerk of this Court the sum of **$2.26** as an initial partial filing fee in this action.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2013.

                                                            s/ Lynn Adelman
                                                            _____
                                                            LYNN ADELMAN
                                                            District Judge